UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

GARY KLEIN, ET AL.                                  CIVIL ACTION

VERSUS                                              NO: 06-8862

STATE FARM INSURANCE CO., ET                        SECTION: "A" (1)
AL.

## ORDER

Before the Court is a **Motion for Reconsideration (Rec. Doc. 12)** filed by defendant State Farm Insurance Co.  The motion, set for hearing on February 21, 2007, is before the Court on the briefs without oral argument.

On January 24, 2007, the Court entered an order remanding this case to state court pursuant to 28 U.S.C. § 1447(c) for lack of subject matter jurisdiction.  An order remanding a case to state court is not reviewable on appeal or otherwise with exceptions not applicable to this case.  28 U.S.C. § 1447(d).  This absolute bar to review applies notwithstanding allegations that the order is erroneous.  Linton v. Airbus Industrie, 30 F.3d 592, 599 n.36 (5th Cir. 1994).  Once the case is remanded the district court is divested of jurisdiction to reconsider its order.  Helmer v. Weaver, 123 F. Supp. 2d 1010, 1011 (E.D. La. 2000).

Accordingly;

**IT IS ORDERED** that the **Motion for Reconsideration (Rec. Doc.**

**12)** filed by defendant State Farm Insurance Co. should be and is hereby **DENIED**.

February 22, 2007

_____
JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE

2